# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**JOANNA CHIARINO and the**
**ESTATE OF ADOLF CHIARINO**
**by Joanna Chiarino**

           **V.**           **CASE NUMBER: 3:02CV851(NAM/DEP)**

**FIRST UNUM LIFE INSURANCE COMPANY**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing this action in its entirety pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue dated September 30, 2005.

DATED:    September 30, 2005

                                            *Lawrence K. Baerman*
                                            Clerk of Court

LKB:lmp